UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Darrell G.,[1]

                *Plaintiff*,        Case No. 3:24-cv-025

v.                                              District Judge Thomas M. Rose
                                                    Magistrate Judge Karen L. Litkovitz

Commissioner of Social Security,

                *Defendant*.

ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE KAREN L. LITKOVITZ (DOC. 11), OVERRULING PLAINTIFF'S OBJECTIONS (DOC. 12), FINDING THE COMMISSIONER'S FINDING OF NON-DISABILITY TO BE SUPPORTED BY SUBSTANTIAL EVIDENCE, FINDING THAT ANY ERRORS IDENTIFIED BY PLAINTIFF ARE HARMLESS, AND TERMINATING CASE.

      This matter comes before the Court pursuant to Objections (Doc. 12) to the Report and Recommendations of Magistrate Judge Karen L. Litkovitz (Doc. 11) recommending that Plaintiff's statement of errors (Doc. 7) be overruled, that the Commissioner's non-disability finding be affirmed, that judgment be entered in favor of the Commissioner and that this case be closed on the docket of the Court, and the case be terminated.

      The Court has reviewed the findings of the Magistrate Judge and the objection thereto. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo*

---

[1] Due to significant privacy concerns in social security cases, the Court refers to claimants only by their first names and last initials. See General Order 22-01.

review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (Doc. 12) are not well-taken and are hereby **OVERRULED**.

The Court **ADOPTS** the Report and Recommendations (Doc. 11) in its entirety. Plaintiff's statement of errors (Doc. 7) is **OVERRULED**, and the Commissioner's non-disability finding is **AFFIRMED**. The clerk is directed to enter judgement in favor of the Commissioner. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Friday, February 14, 2025.

s/THOMAS M. ROSE
_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE